## SHAFFER v. BRIDGES

No. 535, Misc.   Decided February 27, 1970

*James Robertson* and *Lawrence A. Aschenbrenner* for appellant.

*A. F. Summer,* Attorney General of Mississippi, and *Will S. Wells,* Assistant Attorney General, for appellee.

PER CURIAM.

The motion of the appellant for leave to proceed *in forma pauperis* is granted.   The motion to dismiss is granted and the case is dismissed as moot.

## MATTHEWS ET AL. v. LITTLE, CITY CLERK OF THE CITY OF ATLANTA

No. 1225, Misc.   Decided February 27, 1970

*Frederic S. Le Clercq* for appellants.

*Henry L. Bowden* and *John E. Dougherty* for appellee.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* is granted.   The motion to dismiss is also granted and the appeal is dismissed as moot.